denied. *Peyton Ford* and *Alan Y. Cole* for petitioner. *Harry Green, Lionel P. Kristeller, Emma E. Dillon, Peyton Ford* and *Alan Y. Cole* for the New Jersey State Bar Association, in support of the petition.

No. 17, Misc.   CIHA *v.* ILLINOIS.   Supreme Court of Illinois.   Certiorari denied.   Petitioner *pro se.* *Latham Castle,* Attorney General of Illinois, for respondent.

No. 126, Misc.   GOLDSTEIN *v.* UNITED STATES.   Court of Claims.   Certiorari denied.   Petitioner *pro se.* *Solicitor General Sobeloff, Assistant Attorney General Burger* and *Samuel D. Slade* for the United States.

No. 148, Misc.   WHITE *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.   *Nathan Kestnbaum* for petitioner.   *Solicitor General Sobeloff, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.

No. 161, Misc.   MARRON *v.* RAGEN, WARDEN, ET AL.   Criminal Court of Cook County, Illinois.   Certiorari denied.

No. 171, Misc.   JAMES *v.* UFFELMAN, SUPERINTENDENT, SECURITY HOSPITAL.   Criminal Court of Cook County, Illinois.   Certiorari denied.

No. 176, Misc.   MOORE *v.* MICHIGAN.   Supreme Court of Michigan.   Certiorari denied.

No. 177, Misc.   BOBO *v.* CALIFORNIA ET AL.   Supreme Court of California.   Certiorari denied.